**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**S & S SALES, INC.**                                                                                              **PLAINTIFF**

**v.**                                                    **2:08CV00220-WRW**

**PANCHO'S MEXICAN FOODS, INC.,** *et al.*                                          **DEFENDANTS**

## ORDER

Based on the telephone conference held today regarding discovery disputes, Defendant Pancho's Mexican Foods Inc., is directed to provide Plaintiff with an affidavit of a corporate representative stating that he or she has taken the reasonable and necessary steps to identify, locate, and produce all documents responsive to Plaintiff's Interrogatories and Requests for Production of Documents. Plaintiff is directed to produce an affidavit of the same for Pancho's. The affidavits are to be exchanged no later than 4 p.m., this Friday, November 6, 2009.

Defendant Pancho's is directed to also provide Plaintiff with an affidavit concerning Defendant Poncho's inability to locate contact information for Larry Steward and Joe Hinson. This affidavit should also be produced no later than 4 p.m., this Friday, November 6, 2009.

Finally, Defendant Pancho's is directed to produce for Plaintiff a privilege log complying with Fed. R. Civ. P. 26(b)(5), including a description of the document, date, author, all recipients, and method of communication. Defendant Poncho's should provide the privilege log to Plaintiff no later than 4 p.m., next Friday, November 13, 2009.

IT IS SO ORDERED this 4th day of November, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE