IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

S&S SALES, INC.                                                                    PLAINTIFF

VS.                          2:08CV00220-WRW

PANCHO'S MEXICAN FOODS, INC.
Successor in interest of merger with
PANCHO'S DISTRIBUTING CO. INC. and
PANCHO'S MANAGEMENT, INC. and
ASSOCIATED WHOLESALE GROCERS. INC.              DEFENDANTS

## ORDER

Plaintiff has requested a Reply to Defendant's Response to Summary Judgment (Doc. No. 23).

The new Federal Rules of Civil Procedure Rule 56 now gives movants a right to a reply.[1] Rule 56 gives movants 14 days to reply after the response is served, "unless a different time is set by local rule or the court orders otherwise."[2]

Plaintiff's counsel has until Monday, February 1, 2010, to file a Reply.

IT IS SO ORDERED this 20th day of January, 2010.

                                                        /s /Wm. R. Wilson, Jr.
                                                      UNITED STATES DISTRICT JUDGE

---

[1] Rule 56(c)(1)(C) reads: "the movant may file a reply within 14 days after the response is served." Fed. R. Civ. P. 56. The new Rule went into effect on December 1, 2009.

[2] Fed. R. Civ. P. 56(c)(1).