# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**S&S SALES, INC.**                                                                                        **PLAINTIFF**

**VS.**                                    **NO. 2:08-CV-00220 WRW**

**PANCHO'S MEXICAN FOODS, INC.**
**Successor in interest of merger with**
**PANCHO'S DISTRIBUTING CO. INC. and**
**PANCHO'S MANAGEMENT, INC. and**
**ASSOCIATED WHOLESALE GROCERS. INC.**               **DEFENDANTS**

## ORDER

Defendant has requested a Reply to Plaintiff's Response to Summary Judgment (Doc. No. 23).

The new Federal Rules of Civil Procedure Rule 56 now gives movants a right to a reply.[1] Rule 56 gives movants 14 days to reply after the response is served, "unless a different time is set by local rule or the court orders otherwise."[2]

Defendant's counsel has until Monday, February 1, 2010, to file a Reply.

IT IS SO ORDERED this 20th day of January, 2010.

                                                  /s /Wm. R. Wilson, Jr.
                                    UNITED STATES DISTRICT JUDGE

---

[1] Rule 56(c)(1)(C) reads: "the movant may file a reply within 14 days after the response is served." The new Rule went into effect on December 1, 2009.

[2] See Id.