UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 9, 2010**

Ms. Shea Sisk Wellford
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue
Suite 1000
Memphis, TN 38119

Mr. Patrick J. Goss
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893

  Re: S & S Sales Inc v. Pancho's Mexican Foods, Inc., et al., 2:08-CV-00220-WRW

Dear Counsel:

When was Mr. Patrick Siano discovered as a potential witness?

Unless he is a person who was unknown to Defendant, or someone who could not reasonably have been discovered by Defendant before the discovery deadline, please explain why his affidavit or trial testimony should be permitted.

Please reply by noon, Tuesday, February 16, 2010.

The same information is requested for the individual from Turner Dairy mentioned by Plaintiff's counsel in the Motion to Strike.[1]

            Cordially,

            /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record

---

[1] Doc. No. 39.