**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**February 18, 2010**

Mr. Patrick J. Goss
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893

Ms. Shea Sisk Wellford
Martin, Tate, Morrow & Marston, P.C.
6410 Poplar Avenue
Suite 1000
Memphis, TN 38119

      Re:    *S & S Sales, Inc v. Pancho's Mexican Foods Inc, et al*, 2:08-cv-00220-WRW

Dear Counsel:

It appears for all the world to me that Plaintiff is entitled to the information discussed in the letter to me of February 15, 2010 (copy to you, of course). But, I realize that no matter how thin you pour a pancake, it'll still have two sides; *ergo*, we'll have the telephone conference at 3:30 p.m. today if the issues have not been resolved.

                                                  Cordially,

                                                  /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other Counsel of Record