IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**S&S SALES, INC.**                                                                                                                                                           **PLAINTIFF**

vs                                              **2:08CV00220-WRW**

**PANCHO'S MEXICAN FOODS, INC.,**
Successor in interest by way of merger with
**PANCHO'S DISTRIBUTING CO., INC.,** and
**PANCHO'S MANAGEMENT, INC.,** and
**ASSOCIATED WHOLESALE GROCERS, INC.**                        **DEFENDANTS**

<u>**ORDER**</u>

On February 18, 2010, a telephone conference was held with counsel of record concerning the Defendants' document production in this case as well as other matters. The Court hereby orders and directs the following:

1. Defendant Pancho's Mexican Foods, Inc. is directed to provide Plaintiff with an affidavit of a corporate representative from Brewer Detective Service, Inc. stating that he or she has taken the reasonable and necessary steps to identify, locate, and produce all documents that relate in any way to the contract between Brewer Detective Service, Inc., and the law firm of Martin Tate Morrow & Marston, P.C. (Specifically including, but not limited to, Earl Houston) and/or Pancho's Mexican Foods, Inc. These documents shall specifically include, but not be limited to, all documents describing or reflecting the instructions and/or limitations provided to Brewer Detective Service, Inc. in connection with any and all services provided by Brewer Detective Service, Inc. to Martin Tate Morrow & Marston, P.C. (Specifically including, but not limited to, Earl Houston) and/or Pancho's Mexican Foods, Inc.

2. Defendants has been ordered to produce the requested updated sales information as well as the indemnification Agreement entered into between the Defendants in this matter by 5:00 on Friday, February 19, 2010.

3. Pancho's has confirmed that it does not possess any of the requested sales tickets and, therefore, that issue is now moot.

IT IS SO ORDERED this 23rd day of February, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE