UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
500 W. CAPITOL, ROOM D444
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**March 19, 2010**

Mr. Patrick J. Goss
Rose Law Firm
120 East Fourth Street
Little Rock, AR 72201-2893

Mr. Christopher Aaron Averitt
Scholtens & Averitt PLC
113 East Jackson Avenue
Jonesboro, AR 72401

      Re: *S&S v. Pancho's et al;* 2:08-cv-00220 -- Detective Agency Affidavit/Pre-trial Issues.

Dear Counsel:

I've received Mr. Averitt's email regarding the Brewer Detective Agency affidavit and the two documents that have not been produced to Plaintiff's counsel. I believe that these documents <u>are</u> within the scope of my Order dated February 23, 2010. Please provide Plaintiff with these documents by 5 p.m., today, March 19, 2010.

I assume Plaintiff will need to see these documents before Mr. Averitt can respond to my question about why Plaintiff intends to offer evidence of the Brewer Detective Agency.[1]

Also, I believe I have a good grasp of which issues still need to be resolved before trial starts. But, the docket in this case has gotten a little murky, and since we have limited trial time in Helena, I want to make sure I am not missing anything on my list so we can get off to a good start on Tuesday morning. Will the parties please send me a brief list of the issues you think still need to be resolved pre-trial?

                                                      Cordially,

                                                      /s/ Wm. R. Wilson, Jr.

Original to the Clerk of the Court
cc: Other counsel of record.

---

[1] See Doc. No. 81.